IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 5:25-CV-00027-KDB-DCK

REMI CELINE, LLC and BRAND HARMONIA, LLC,

    Plaintiffs,

v.

BRASS, LLC and DANIELLE RENNER,

    Defendants.

**MOTION TO WITHDRAW**

    The law firm of Johnston, Allison & Hord, P.A., through the undersigned counsel, Kimberly J. Kirk and Grace E. Hollingsworth, as counsel of record for Defendants Brass, LLC and Danielle Renner (collectively, "Defendants"), and pursuant to LCvR 83.1(f) and Rule 1.16 of the North Carolina Rules of Professional Conduct, hereby moves the Court to permit each of the attorneys who have appeared on behalf of Defendants in this action and their law firm (collectively, "Counsel") to withdraw as attorneys for Defendants. In support thereof, Counsel submits the following:

    1.    Defendants have elected to seek new counsel and are in the process of doing so.

    2.    The undersigned counsel has agreed to represent Defendants through the mediation scheduled on February 20, 2026.

    3.    Counsel is permitted to withdraw pursuant to Rules 1.16(b)(2) and 1.16(b)(7) of the North Carolina Rules of Professional Conduct, without limitation.

1

4. Counsel has confirmed with Defendants that they knowingly consent to Counsel's withdrawal from representation, as reflected by the consent form attached hereto as **Exhibit 1**.

5. Counsel has confirmed with Plaintiffs' counsel that Plaintiffs have no objection to Counsel's withdrawal from representation.

6. This Motion is being made for good cause shown.

7. Defendants understand that allowance of the Motion will not necessarily result in any delay or continuance of the trial or other settings, and the parties' mediation scheduled for February 20, 2026 will proceed as scheduled.

8. No trial date has been assigned for this matter.

9. There are no pending motions in this matter.

10. Counsel requests that Defendants have reasonable time to retain replacement counsel, through and including February 27, 2026.

11. Upon entry of an Order allowing the undersigned counsel to withdraw, all future correspondence shall be served directly upon Defendants at the address referenced in the Certificate of Service until newly retained counsel appears in the action.

WHEREFORE, for the reasons stated herein, Counsel respectfully moves the Court to enter an order permitting Counsel to withdraw from its representation of Defendants effective February 21, 2026.

This the 13th day of February, 2026.

                                    **JOHNSTON, ALLISON & HORD, P.A.**

                                    /s/ Kimberly J. Kirk
                                    Kimberly J. Kirk, NC State Bar No. 44255
                                    kkirk@jahlaw.com
                                    Grace E. Hollingsworth, NC State Bar No. 59361
                                    ghollingsworth@jahlaw.com
                                    1065 E. Morehead Street
                                    Charlotte, NC 28204
                                    Telephone:  (704) 332-1181
                                    Facsimile:  (704) 323-4516

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **MOTION TO WITHDRAW** was duly served this day on all parties by through the Court's e-filing system and by email as follows:

Rex C. Morgan
BAUCOM, CLAYTOR, BENTON, MORGAN & WOOD, P.A.
200 Providence Road, Suite 106
Charlotte, NC 28207
rmorgan@baucomclaytor.com
Telephone: (704) 376-6527
Fax: (704) 376-6207
*Attorney for Plaintiffs Remi Celine, LLC and Brand Harmonia, LLC*


Brass, LLC and Danielle Renner
c/o Registered Agents, Inc.
4030 Wake Forest Rd, Ste 349
Raleigh, NC 27609
danielle@brassintl.com


This the 13th day of February, 2026.

**JOHNSTON, ALLISON & HORD, P.A.**

/s/ Kimberly J. Kirk
Kimberly J. Kirk, NC State Bar No. 44255
kkirk@jahlaw.com
Grace E. Hollingsworth, NC State Bar No. 59361
ghollingsworth@jahlaw.com
1065 E. Morehead Street
Charlotte, NC 28204
Telephone: (704) 332-1181
Facsimile: (704) 323-4516
*Attorneys for Defendants Brass, LLC and Danielle Renner*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 5:25-CV-00027-KDB-DCK

| | |
|---|---|
| REMI CELINE, LLC and BRAND HARMONIA, LLC,<br><br>        Plaintiffs,<br>v.<br><br>BRASS, LLC and DANIELLE RENNER,<br><br>        Defendants. | **DEFENDANTS' CONSENT TO MOTION TO WITHDRAW** |

On behalf of Defendants, I consent to the withdrawal of the law firm of Johnston, Allison & Hord, P.A. and attorneys Kimberly J. Kirk and Grace E. Hollingsworth as counsel of record for Defendants Brass, LLC and Danielle Renner, with such withdrawal taking effect on February 21, 2026.

Signed by:
/s/ *[signature]*
638370F80EB34A5...
_____
Danielle Renner, individually and
as Chief Executive Officer of Brass, LLC

**EXHIBIT 1**